# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

April 1, 2021

**VIA ECF ONLY**
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:  Tutor Perini Building Corp. v. New York City Regional Center, *et al.*
      1:20-cv-00731-PAE

Dear Judge Engelmayer:

   We represent Plaintiff Tutor Perini Building Corp. ("Plaintiff") in the above-referenced case. We respectfully request an extension of time from April 9, 2021 to April 23, 2021 to submit to the Court a Civil Case Management Plan and Scheduling Order and a joint letter regarding the description of the case, contemplated motions and settlement prospects. Additionally, we respectfully request that the pre-trial conference scheduled for April 15, 2021 be adjourned to April 29, 2021. Counsel for Defendants Slayton Ventures, LLC, Slayton Equities, SJM Partners, Inc. Paul Slayton, Stephen Garchik, William Burke and Stephen McBride (collectively, "Defendants") consents to this request.

   The reason for this request is that your Honor recently extended Defendants' time to answer Plaintiff's Second Amended Complaint from March 29, 2021 to April 12, 2021 (Doc. 122). Accordingly, Plaintiff will not be privy to any defenses or counterclaims that may be asserted in Defendants' answer prior to the current deadline for the parties to submit the Civil Case Management Plan and Scheduling Order and joint letter. The extensions are therefore necessary so Plaintiff may properly address the discovery needed in connection with Defendants' defenses and counterclaims in the Civil Case Management Plan and Scheduling Order and during the pre-trial conference.

   This is the first request for an extension of these dates. Thank you for your consideration of this request.

Very truly yours,

*Emily Anderson*

Emily D. Anderson

cc:  all counsel of record (via ECF)

---

Granted. The initial pretrial conference previously scheduled for April 15, 2021 is hereby adjourned until April 29, 2021, at 11:00 a.m. The parties' deadline to submit a joint letter and proposed case management plan is extended to April 23, 2021.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

April 1, 2021