UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TUTOR PERINI BUILDING CORP.,

                                Plaintiff,

-v-

SLAYTON VENTURES, LLC, et al.,

                                Defendants.

20 Civ. 731 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    An initial pretrial conference in this matter is presently scheduled for April 29, 2021 at 11:00 a.m. Dkt. 124. Due to a conflict with the Court's schedule, that conference is rescheduled for **May 3, 2021, at 11:00 a.m.** The deadline for the parties' joint letter and case management plan is extended to **April 27, 2021**. In light of the public health situation, this conference will remain a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

**Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

    SO ORDERED.

                                                                          *Paul A. Engelmayer*
                                                                          PAUL A. ENGELMAYER
                                                                          United States District Judge

Dated: April 13, 2021
         New York, New York