UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TUTOR PERINI BUILDING CORP.,                    20-CV-731 (PAE)

                Plaintiff,

                                                                    **STIPULATION AND ORDER**
- against -                                     **OF DISCONTINUANCE**
                                                                      **WITHOUT PREJUDICE**

SLAYTON VENTURES, LLC, *et al.*,

                Defendants.
-----------------------------------------------------------------X

      **WHEREAS**, Plaintiff Tutor Perini Building Corp. ("TPBC") commenced this action by filing a Complaint on January 27, 2020 (Dkt. 1), followed by an Amended Complaint on March 24, 2020 (Dkt. No. 61), and then a Second Amended Complaint ("SAC") on April 24, 2020. (Dkt. No 72);

      **WHEREAS**, Defendants William "Trey" Burke, Stephen Garchik, Stephen McBride, SJM Partners, Inc., Paul Slayton, Slayton Equities and Slayton Ventures, LLC (collectively, the "Defendants") filed motions to dismiss the Second Amended Complaint;

      **WHEREAS**, following the Court's March 15, 2021 Order on the motion to dismiss, which was granted in part and denied in part (Dkt. 118, the "Order"), TPBC was permitted to sustain the following claims against Defendants, only: (1) statutory diversion under Article 3-A of the New York Lien Law (the "Lien Law"); and (2) common law conversion;

      **WHEREAS**, pursuant to the Order, and owing to the statutory requirement of Lien Law § 77 that TPBC must prosecute its claim for diversion in a representative action, and in lieu of

dismissing the SAC, the Court directed TPBC to move for class certification under Fed. R. Civ. P. 23, or join all Lien Law trust beneficiaries under Fed. R. Civ. P. 19 (the "Motion") (Dkt. 118);

**WHEREAS,** the parties wish to enter into this Stipulation to avoid unnecessary motion practice regarding subject matter jurisdiction; and

**WHEREAS,** following class discovery pursuant to the Case Management Plan entered in this action on May 5, 2021 (Dkt. 133) and amended on June 16, 2021 (Dkt. 135), the parties wish to resolve the issue of the Motion without unnecessary judicial intervention;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel as follows:

1. Subject to the Court's approval of this Stipulation and the conditions set forth herein, the parties hereby agree that this action is dismissed and discontinued without prejudice as to Defendants pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(a)(2) of the Federal Rules of Civil Procedure, and without costs or fees to either party;

2. The parties agree that to the extent TPBC commences a new action in the Supreme Court of the State of New York, County of New York, it may rely on CPLR § 205 notwithstanding this Stipulation to discontinue this action, and that apart from the foregoing, the parties reserve all their respective rights under CPLR § 205;

3. The parties agree that, except for any case management orders, the orders and decisions issued in the above-captioned action shall remain in effect as if they had been issued and entered by a Justice of the Supreme Court of the State of New York, County of New York in an action commenced in the first instance in that Court, provided however, the parties do not intend to expand any parties' appellate rights;

4. The parties agree that the discovery advanced and obtained in this action shall be applicable in any new state court action;

5. To the extent not already provided, the parties will exchange any materials they received pursuant to any subpoena issued for the purposes of class discovery by July 15, 2021.

6. Defendants agree that process in any new action commenced pursuant to Paragraph 2 herein shall be served by substituted service upon Defendants via email and overnight mail to their undersigned counsel and service shall be complete upon receipt.

7. This Stipulation may be signed in counterparts and electronic signatures on this Stipulation shall be deemed originals.

Dated: July 13, 2021
New York, New York

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Ira M. Schulman
Ira M. Schulman
Emily D. Anderson
30 Rockefeller Plaza
New York, NY 10112
(212) 896-0645
*Attorneys for Plaintiff Tutor Perini Building Corp.*

NIDA & ROMYN, P.C.

By: /s/ Robert Nida
Robert Nida
1900 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
(310) 286-3400
*Attorneys for Plaintiff Tutor Perini Building Corp.*

SILLS CUMMIS & GROSS P.C.

By: /s/ Matthew P. Canini
Matthew P. Canini
Mary E. Toscano
(212) 500-1582
*Attorneys for Defendants William "Trey" Burke, Stephen Garchik, Stephen McBride, SJM Partners Inc., Paul Slayton, Slayton Equities and Slayton Ventures, LLC*

The Clerk of Court is respectfully directed to close this case.

SO ORDERED:

/s/ Paul A. Engelmayer
U.S.D.J.
July 14, 2021